**Electronically Filed
Supreme Court
SCWC-17-0000696
06-DEC-2021
12:33 PM
Dkt. 13 ODAC**

SCWC-17-0000696

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MJ,
Petitioner/Plaintiff-Appellee,

vs.

CR,
Respondent/Defendant-Appellant,

and

CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAI'I,
Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000696; FC-P NO. 16-1-6470)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellee MJ's application for

writ of certiorari filed on October 18, 2021, is hereby

rejected.

DATED:  Honolulu, Hawai'i, December 6, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

